

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2014

No. 04-14-00356-CV

**IN RE JOURDANTON HOSPITAL CORPORATION**
d/b/a South Texas Regional Medical Center

Original Mandamus Proceeding[1]

### ORDER

On May 19, 2014, relator Jourdanton Hospital Corporation d/b/a South Texas Regional Medical Center filed a petition for a writ of mandamus. The court has considered relator's petition, the response and reply of the parties, and has determined that relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Stella Saxon is ORDERED to vacate the portion of the May 12, 2014, order requiring the production of Richard Gay's August 2012 Investigation Report and enter an order denying plaintiff's motion to compel the production of the Investigation Report. The writ will issue only if we are notified that Judge Saxon has not done so within ten days of the date of this order.

It is so **ORDERED** on July 30, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2014.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 13-02-0080-CVA, styled *Stephanie Riley v. Jourdanton Hospital Corporation d/b/a South Texas Regional Medical Center*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Stella Saxon presiding.